UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

THE REDEVCO CORPORATION and
PROMENADE PLAZA PARTNERSHIP

       Plaintiffs,

vs.

INDIAN HARBOR INSURANCE COMPANY,

       Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, INDIAN HARBOR INSURANCE COMPANY (hereinafter "INDIAN HARBOR"), hereby files this Notice of Removal of the above-described action to the United States District Court for the Southern District of Florida, from the Eleventh Judicial Circuit Court where the action is now pending, as provided by 28 U.S.C. §1332, §1441, and §1446 and states:

## INTRODUCTION

1. This cause was commenced and is now pending in the Eleventh Judicial Circuit Court, in and for Miami-Dade County, Florida.

2. This action was commenced in said court on October 22, 2010, by the filing of a Complaint, a true copy of which is attached hereto and marked as **Exhibit "A"**, said action being entitled "THE REDEVCO CORPORATION and PROMENADE PLAZA PARTNERSHIP v. INDIAN HARBOR INSURANCE COMPANY," Case No. 10-56923CA30.

3. In the Complaint, the Plaintiffs allege that Defendant issued a policy of insurance to the Plaintiffs, and that Defendant has breached the policy by failing to pay the benefits owed to the Plaintiffs under the terms of the insurance policy. (*See* **Exhibit "A,"** Complaint ¶¶ 5, 20).

4. Summons was issued from the Circuit Court on October 22, 2010. A copy of same is attached hereto and marked as **Exhibit "B."**

5. The Summons was served upon the Defendant through the office of the Florida Department of Financial Services on November 9, 2010. A copy of the Notice of Service from the office of the Florida Department of Financial Services is attached hereto and marked as **Exhibit "C"**.

6. The Complaint is the initial pleading setting forth the claim upon which the action is based and Defendant was electronically sent the Complaint in the above matter on November 9, 2010. A responsive pleading was therefore due on November 29, 1010.

7. However, Plaintiffs' counsel agreed to an extension for Defendant to respond to the Complaint until December 6, 2010. A copy of the letter confirming the extension is attached hereto and marked as **Exhibit "D."**

8. This Court has original jurisdiction over this action under 28 U.S.C. § 1332 (a)(1) and this action is removable under 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different States and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**DIVERSITY OF CITIZENSHIP EXISTS**

9. The Complaint alleges that Plaintiff, THE REDEVCO CORPORATION, is a Florida corporation. Thus, it is a citizen of the state of Florida for the purposes of 28 U.S.C. § 1332

(a)(1). (*See* **Exhibit "A,"** Complaint ¶ 2).

10. The Complaint alleges that Plaintiff, PROMENADE PLAZA PARTNERSHIP, is a citizen of Florida. (*See* **Exhibit "A,"** Complaint ¶ 3).

11. At all material times, Defendant INDIAN HARBOR was a corporation organized and existing under the laws of North Dakota with its principal place of business in Connecticut. Defendant INDIAN HARBOR is not a citizen of the state of Florida; for the purposes of section 1332, it is a citizen of North Dakota and Connecticut. A copy of Florida's Office of Insurance Regulation's webpage is attached as **Exhibit "E."**

12. Thus, there is complete diversity of citizenship between the Plaintiffs and the Defendant.

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

13. The Complaint fails to request a specific dollar amount for the claimed damages. In this circumstance, the removing party must show by a preponderance of the evidence that the amount in controversy exceeds $75,000.00. *See Hall v. American Security Insurance Company*, Case No. 09-21697-CIV, 2009 WL 2215131, *1 (S.D. Fla. July 23, 2009).

14. In the Complaint, Plaintiffs allege that the insured property suffered damage as a result of Hurricane Wilma on October 24, 2005. (*See* **Exhibit "A,"** Complaint ¶ 6).

15. On December 2, 2010, Plaintiffs' representatives submitted to Defendant INDIAN HABROR an estimate in the amount of $802,708.75, which represents the amount that the Plaintiffs are seeking under the insurance policy. A true copy of the Plaintiff representatives' December 2, 2010 letter and estimate are attached hereto and marked as **Exhibit "F."**

16. In contrast, Defendant INDIAN HARBOR contends that no additional monies are owed the Plaintiff.

17. The amount the Plaintiffs are seeking to recover under the insurance policy, i.e.,

   $802,708.75, clearly exceeds the $75,000.00 jurisdictional limit.

## VENUE

18. Venue exists in the United States District Court for the Southern District of Florida because it embraces the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. *See* 28 U.S.C. § 1441(a).

## TIMELINESS

19. This action was commenced on October 22, 2010. Defendant received notice of the Complaint on November 9, 2010. Therefore, this removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is being filed within 30 days of the Defendant's receipt of a copy of the initial pleading and within one year of commencement of this action. <u>Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344 (1999).

## CONSENT TO REMOVAL

20. Defendant INDIAN HARBOR is the only Defendant. Therefore, no other entity needs to consent to removal.

## WRITTEN NOTICE TO ALL PARTIES AND FILING IN STATE COURT

21. A true and correct copy of this Notice of Removal is being delivered to each party through counsel. A true and correct copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida as required by 28 U.S.C. §1446 (d).

WHEREFORE, Defendant INDIAN HARBOR respectfully requests that this action proceed in this Court as an action properly removed to it.

Dated: December 6, 2010

Respectfully submitted,

*/s/ Michaela H. Scheihing*
Michaela D. Scheihing, Esquire
Florida Bar Number 0931853
mscheihing@boehmbrown.com
Michael B. Germain, Esquire
Florida Bar Number 0667013
mgermain@boehmbrown.com
Boehm, Brown, Fischer, Harwood,
Kelly & Scheihing, P.A.
113 Executive Circle
Daytona Beach, Florida 32114
(386) 258-3341; (386) 258-0252 - Facsimile
Attorneys for Defendant Indian Harbor
Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filings.

*/s/ Michaela H. Scheihing*
Michaela D. Scheihing

**SERVICE LIST**
The Redevco Corporation and Promenade Plaza Partnership v.
Indian Harbor Insurance Company
Case No.:
United States District Court, Southern District of Florida

Seth Miles, Esquire
sem@grossmanroth.com
Florida Bar No. 0385530
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Blvd., Ste. 1150
Coral Gables, FL 33134
(305) 442-8666 - Phone
(305) 285-1668 - Facsimile
Attorney for Plaintiff
**[VIA US Mail and Facsimile]**

David M. Buckner, Esquire
dbu@grossmanroth.com
Florida Bar No. 60550
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Blvd., Ste. 1150
Coral Gables, FL 33134
(305) 442-8666 - Phone
(305) 285-1668 - Facsimile
Attorney for Plaintiff
**[VIA US Mail and Facsimile]**

Edward H. Zebersky, Esquire
ezebersky@zpllp.com
Florida Bar No. 0908370
ZEBERSKY & PAYNE, LLP
110 S.E. 6th Street, Ste. 2150,
Ft. Lauderdale, FL 33340
(954) 989-6333 (Phone)
(954) 989-7781 (Facsimile)
Attorney for Plaintiff
**[VIA US Mail and Facsimile]**

Todd S. Payne, Esquire
tpayne@zpllp.com
Florida Bar No. 834520
ZEBERSKY & PAYNE, LLP
110 S.E. 6th Street, Ste. 2150,
Ft. Lauderdale, FL 33340
(954) 989-6333 (Phone)
(954) 989-7781 (Facsimile)
Attorney for Plaintiff
**[VIA US Mail and Facsimile]**

Michaela D. Scheihing, Esquire
mscheihing@boehmbrown.com
Florida Bar Number 0931853
Boehm, Brown, Fischer, Harwood
Kelly & Scheihing, P.A.
113 Executive Circle
Daytona Beach, Florida 32114
(386) 258-3341 - Telephone
(386) 258-0252 – Facsimile
Attorney for Defendant
**[Via CM/ECF]**

Michael B. Germain, Esquire
mgermain@boehmbrown.com
Florida Bar Number 0667013
Boehm, Brown, Fischer, Harwood
Kelly & Scheihing, P.A.
113 Executive Circle
Daytona Beach, Florida 32114
(386) 258-3341 - Telephone
(386) 258-0252 – Facsimile
Attorney for Defendant
**[Via CM/ECF]**